**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF A.M.P., JR., A MINOR | : | No. 537 MAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: A.M.P., SR., FATHER | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.